UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

COREY JOHN CHRISTENSEN

      Petitioner,

v.  **ORDER**
Civil File No. 05-2699 (MJD/JJG)

TERRY CARLSON, CEO/Warden

      Respondent.

_____

Corey John Christensen, pro se
_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated January 20, 2006.  Plaintiff Corey John Christensen has filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.1(c).  Based on that review the Court adopts the Report and Recommendation dated January 20, 2006.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1

1. The Magistrate Judge's Report and Recommendation dated January 20, 2005, [Docket No. 6] is hereby **ADOPTED**.

2. Petitioner's Petition for Writ of Habeas Corpus [Docket No. 1] is **DENIED**.

3. Petitioner's Request for an Extension on his appeal period [Docket No. 7] is **DENIED**.

4. Petitioner's Motion for Leave to Proceed in forma pauperis [Docket No. 8] is **DENIED AS MOOT**.

5. This case is **DISMISSED WITHOUT PREJUDICE**.


Dated: March 22, 2006                           s / Michael J. Davis
                                                Judge Michael J. Davis
                                                United States District Court